ents.— Motion to hear the appeal upon the present record denied upon condition that defendants, within five days from the entry of the order herein, apply to the Special Term for a resettlement of the order appealed from, and that the appeal be perfected and brought on for argument at the December term; otherwise, motion granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of Proving the Last Will and Testament, etc., of PATRICK HART,, Deceased. JOSEPH G. HART, Appellant, v. JAMES F. HART and RAPHAEL A. EGAN, as Executors, etc., Respondents.— Motion withdrawn. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of THERESA LESHIN for the Appointment of a Referee to Assess Damages by Reason of an Injunction Granted to the Respondents, MORRIS SCHNEIDER and PAULINE B. SCHNEIDER.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, November 16, 1928 (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of SADIE ZEITLEN, ANNA ROTHBLUM, NATHAN HIMOWICH and SIGSBIE GUTTER for Permission to Resign as Executors and Trustees of the Estate of PHILIP ZEITLEN, Deceased, Late of Freeport, Nassau County, and the Judicial Settlement of Their Accounts as Such Executors and Trustees, and for the Appointment of the Substituted Trustee Their Successor.— Motion to compel acceptance of amended notice of appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MORRIS ISER, Respondent, v. MEYER HURWITZ, Appellant, and Others, Defendants.— Motion for reargument of motion granted. Upon reargument, order granting motion for stay modified so as to provide that the same is granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JACOB JACOBS, Appellant, v. HENRY E. JACOBS, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SIMON KLEIN, Appellant, v. " SAMUEL " THALL, etc., and HYMAN WISOTSKY, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.—Motion for payment of alimony denied. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., taking no part.

MICHAEL LAITMAN, Respondent, v. REBECCA FINER and MURRAY E. LEWIN, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ELIAS LANDSBERGER, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with costs and

ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ELIAS LANDSBERGER, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MARCUS M. McCULLOUGH, as Trustee in Bankruptcy of FRANK AUDITORE, Bankrupt, Appellant, v. LOUISA AUDITORE, Respondent.— Motion to compel defendant to waive certification of case on appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

NEDLIN REALTY CO., INC., Respondent, v. SAMUEL BACHNER and Others, Defendants. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to stay examination of defendant's vice-president pending appeal denied, with ten dollars costs. Examination to proceed on two days' notice. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ALFRED C. NELSON, Respondent, v. EDWARD W. JACKSON and CHARLES ANDERSON PHILLIPS, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ELIZABETH NILSEN, an Infant, by Her Guardian ad Litem, MARY NILSEN, Respondent, v. VAN BRUNT STREET AND ERIE BASIN RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

EMMA O'FARRELL, Respondent, v. MELISSA REEVES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— Motion to dismiss appeal denied, with ten dollars costs, upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, v. AMERICAN BALSA WOOD CORPORATION, Appellant.— Motion for stay granted upon condition that, within five days from the entry of the order herein, appellant file an undertaking with corporate surety to secure the payment of any judgment, with costs, that may be entered upon the order from which the appeal is taken, provided the same is affirmed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PARK TERRACE COMPANY, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. (9 actions.) BLUNOR REALTY CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. (3 actions.) MARY HOLDING CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. IDA REALTY CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE,